Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT MAGGARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FITNESS 19 LLC; and DOES 1-10, inclusive and each of them,<br><br>Defendant(s). | Case No. 8:18-cv-00263-CJC-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no

Stipulation to Dismiss- 1

1 | class has been certified, and court approval of this voluntary dismissal is therefore
2 | not required under Rule 23(a) of the Federal Rules of Civil Procedure

Respectfully submitted this 18th day of July, 2018

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 18th day of July, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on this 18th day of July, 2018, to:

Honorable Cormac J. Carney
United States District Court
Central District of California

A copy sent via mail on this 18th day of July, 2018 to:

Fitness 19, LLC
32605 Temecula Pkwy, Ste 308
Temecula, CA 92592

This 18th day of July, 2018

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN